UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL NO. 25-cr-** |
| | **:** | |
| v. | **:** | **VIOLATION:** |
| | **:** | **21 U.S.C. § 844(a)** |
| **KAYLA NOELLE SCOTT,** | **:** | **(Simple Possession of a Controlled Substance)** |
| | **:** | |
| **Defendant.** | **:** | |
| | **:** | |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

On or about September 2, 2025, within the District of Columbia, **KAYLA NOELLE SCOTT**, knowingly and intentionally possessed cocaine, a Schedule II controlled substance.

(**Simple Possession of a Controlled Substance,** in violation of 21 U.S.C. § 844(a))

    Respectfully submitted,

    JEANINE FERRIS PIRRO
    United States Attorney

By:    /s/ Christine M. Macey
    Assistant United States Attorney
    D.C. Bar No. 1010730
    Deputy Chief, Felony Major Crimes Section
    601 D Street, NW
    Washington, D.C. 20530
    (202) 252-7058
    Christine.Macey@usdoj.gov